JS 44
(Rev. 12/96)


#114789

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MANUEL BARREDA

## DEFENDANTS

B-01-035

CITY OF BROWNSVILLE

WILLIAM DIETRICH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **CAMERON**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **CAMERON**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

United States District Court
Southern District of Texas
ENTERED Filed

MAR 02 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
(956) 544-3352
ALBERT VILLEGAS
1324 East Seventh Street
Brownsville, Texas 78520

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. 1983 - Plaintiff alleges unlawful arrest.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 2,500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 3-2-01

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1

United States District Court
Southern District of Texas
FILED

MAR 0 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA | * | |
| | * | |
| vs | * | C.A. NO. B-01-035 |
| | * | |
| CITY OF BROWNSVILLE AND | * | |
| WILLIAM DIETRICH, INDIVIDUALLY | * | |
| AND IN HIS OFFICIAL CAPACITY | * | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiffs, MANUEL BARREDA complaining of Defendants, CITY OF BROWNSVILLE AND WILLIAM DIETRICH, and for cause of action would show the following:

### I. Parties

1. Plaintiff, MANUEL BARREDA is an individual residing in Cameron County, Texas.

2. Defendant, CITY OF BROWNSVILLE is an incorporated municipality situated in Cameron County, Texas and may be served by serving the Honorable Mayor Blanca Vela at 12th and Market Square, Brownsville Texas.

3. Defendant, WILLIAM DIETRICH is an individual who may be served with process at the Brownsville Police Department, 700 E. Jackson, Brownsville, Texas

### II.
### Statement of Facts

4. On or about March 3, 2000, Plaintiff, a Border Patrol agent, was at the home of his wife to pick up his children. The Plaintiff and his wife were living separately at the time. Defendant Dietrich, under color and by virtue of his office and their official position maliciously,

unlawfully and without reasonable or probable cause, arrested Plaintiff and incarcerated plaintiff in the Brownsville Police Department jail and kept plaintiff confined there until he was bonded out.

5. Plaintiff was not at the time of the events alleged in this complaint or at any other time, committing any offense against statutes of the State of Texas and Defendant Dietrich did not have any reasonable grounds for believing that Plaintiff was committing or had committed any offense.

6. Each of the defendants, individually and in concert with the others, acted under pretense and color of law and their official capacity, but such acts were beyond the scope of their jurisdiction and without authorization of law. Each defendant, individually and in concert with the others acted willfully knowingly and with specific intent to deprive Plaintiff of his right to freedom from illegal searches and seizure of his person, papers, and effects, and of his right to freedom from unlawful arrest, detention and imprisonment, all of which rights are secured to Plaintiff by the Fourth Sixth and Fourteenth Amendments to the Constitution of the United States and by Title 42 U.S.C. Section 1983 and 1988. By reason of the above Plaintiff was deprived of his liberty to Plaintiff's damage in the sum of $350,000.00.

7. In making the above described unlawful arrest, defendants acted willfully, maliciously, and without any excuse or justification whatsoever. Thus Plaintiff is entitled by virtue of 42 U.S.C. Section 1983 to exemplary damages in the sum of $350,000.00.

SECOND CAUSE OF ACTION

8 Plaintiff repeats and realleges the Paragraphs 4-6 of his first cause of action as if expressly set forth at length.

9. Plaintiff would show that the defendant City of Brownsville dismissed all charges against the Plaintiff on or about the 13th and 16th of September 1999.

10. Plaintiff would show that after such dismissal of all charges the Defendant Dietrich made false statements about the Plaintiff allegedly making threatening remarks to Defendant at a gasoline station and a restaurant. Such statements were communicated to third parties including the Plaintiff's supervisors for the purpose of retaliation after the charges were dismissed. Defendants co employees and supervisors engaged in a conspiracy to damage the Plaintiff by making false statements in support of Defendant Dietrich. Such action was meant to cause damages and intended to inflict severe emotional distress for which Plaintiff comes now and sues in the sum of $500,000.00.

## THIRD CAUSE OF ACTION

11. Plaintiff incorporate by reference the allegations set forth above. Dietrich and Massey are law enforcement personnel for the City of Brownsville.

12. The defendant proceeded to falsely arrest Plaintiff. Defendant Dietrich handcuffed Plaintiff and such limitations on Plaintiff freedom constituted the torts of assault and battery, trespass, false imprisonment and false arrest. Further Plaintiffs would show the Defendants had a duty to properly investigate any criminal complaints. Their acts and actions in their investigation of Plaintiff was negligent in that they failed to properly undertake the investigation of a purported crime. Defendants acted willfully, maliciously and without good faith so that they are subject to exemplary damages as provided by Texas law.

13. The defendants slandered Plaintiff by accusing him of crimes which would constitute a misdemeanor and which they knew or should have known he had not committed. Such conduct constituted an invasion of Plaintiffs privacy, a tort under Texas law.

14. Plaintiff would show that the acts and actions of the Defendants were a producing cause or a proximate cause of the Plaintiffs damages. Plaintiff seeks damages in the amount of One Million Five Hundred Thousand ( $1,500,000.00) Dollars in actual an compensatory damages and an additional One Million ($1,000,000.00) Dollars in punitive or exemplary damages for the claims set forth in Plaintiffs Original Petition.

## PRAYER FOR RELIEF

15. Plaintiff prays that the Defendants be cited with service of process, that they be required to respond to the allegations herein and that the Plaintiffs have and recover as follows:

a. Actual damages as against the defendants jointly and severally in an amount not to exceed One Million Five Hundred Thousand (1,500.000.00) Dollars in actual and compensatory damages and One Million ($1,000,000.00) Dollars in punitive damages.

## JURY REQUEST

16. Plaintiff respectfully requests a jury trial in this cause.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
Federal ID NO 3903
ATTORNEY FOR PLAINTIFF

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MANUEL BARREDA

V.

CITY OF BROWNSVILLE

AND

WILLIAM DIETRICH

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-0⌀-035**

TO: (Name and Address of Defendant)

City of Brownsville
Hon. Blanca Vela
12th & Market Street
City Hall
Brownsville, Texas 78520

William Dietrich
Brownsville Police Department
700 East Jackson
Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)



an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK  Deputy
Michael N. Milby, Clerk

DATE  3/2/01

BY DEPUTY CLERK