AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

CAB-01-35

DATE 5/22/2001  ③

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT): Z. "Rod" RODRIGUEZ

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: City of Brownsville by Hon. Mayor Blanca Vela at City Hall - Market Square Brownsville, Texas

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED
JUN 0 4 2001
Michael N. Milby
Clerk of Court

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/22/01 - 3:55 P.M.
Date

Signature of Server: Z. Rod Rodriguez

Address of Server: Cameron County Civil Process Service
5314 Old Alamo Blvd.
Brownsville, Texas 78521

United States District Court
Southern District of Texas
RECEIVED
JUN 0 4 2001
Michael N. Milby, Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.