9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN - 8 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MANUEL BARREDA, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-035 |
| VS. | § 1. | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE AND | § | |
| WILLIAM DIETRICH, INDIVIDUALLY | § | |
| AND IN HIS OFFICIAL CAPACITY | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the Court may evaluate possible conflicts:

1)   Plaintiff, Manuel Barreda

      Represented by:   Mr. Albert Villegas
                                        Villegas Law Firm
                                        1324 East Seventh Street
                                        Brownsville, Texas 78520

2)   Defendants, City of Brownsville and William Dietrich, Individually and in his Official Capacity

      Represented by:   Mr. Mark Sossi
                                        WILLETTE & GUERRA, L.L.P.
                                        International Plaza
                                        3505 Boca Chica, Suite 460
                                        Brownsville, Texas 78521

Signed on the ———8——— day of June, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone:   (956) 541-1846
Facsimile:   (956) 541-1893

By: _____
    Mark Sossi
    State Bar No. 18855680
    USDC No. 10231

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document, has been sent to the following via U.S. Mail, return receipt requested, on the ___ day of June, 2001.

Villegas Law Firm
Attn: Albert Villegas
1324 East Seventh Street
Brownsville, Texas 78520

_____
Mark Sossi

2