/0

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Manuel Barreda, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-35 |
| | § | |
| City of Brownsville, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 26, 2001, the Court **ORDERED** the Parties to submit their Joint Discovery / Case Management Plan in compliance with the Court's Chamber Rules no later than 4:00 p.m. on Thursday, June 28, 2001.

DONE at Brownsville, Texas, this 26 day of June 2001.

Hilda G. Tagle
United States District Judge