```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF TEXAS
          BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUN 2 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL BARREDA | * |
| | * |
| | * |
| vs | *   C.A. NO. B-01-35 |
| | * |
| CITY OF BROWNSVILLE, TEXAS | * |
| ET AL. | * |

## PLAINTIFF MANUEL BARREDA'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

      Comes now Manuel Barreda, Plaintiff herein and file this his Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

1.    Plaintiff
      Manuel Barreda.

2.    Plaintiff's Counsel
      Albert Villegas
      1324 East Seventh
      Brownsville Texas 78520

3.    Defendants
      City of Brownsville, Texas
      William Dietrich

4.    Defendant's Counsel
      Mark Sossi
      Willette & Guerra
      1200 Central Boulevard Suite H 2
      Brownsville Texas 78520

Signed on this the \_\_\_27th\_\_\_ day of JUNE, 2001.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the following counsel of record on this the 27th day of June, 2001 via regular mail and fax:

Mark Sossi
Willette & Guerra
3505 Boca Chica Blvd.
Brownsville Texas 78521

_____
ALBERT VILLEGAS