14

United States District Court
Southern District of Texas
ENTERED
JUN 29 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Manuel Barreda, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-35 |
| City of Brownsville, et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 29, 2001, the Court **STRUCK** the Parties' Joint Discovery / Case Management Plans [Dkt. Nos. 12 and 13] because they do not comply with Local or Chamber Rules in the following respects:

(1) Pursuant to Fed. R. Civ. P. 26(f), the Parties are obligated to confer in order to develop a proposed discovery plan. Further, under ¶ 4 of this Court's Order Setting Conference [Dkt. No. 2], the Parties were to have submitted a joint case management plan fourteen (14) days before initial pre-trial conference. Although both rules contemplate the filing of a single joint discovery / case management plan, the Parties filed two (2) plans.

(2) Answers in both plans are incomplete and inconsistent, e.g., ¶16 states "[t]he parties agree or do not agree [sic] to trial before a magistrate judge at this time." The Parties must give full answers to each question in clear, complete sentences.

(3) Defense counsel's state bar number is omitted.

In addition to the aforementioned deficiencies, the Parties were ordered to file the Joint Discovery / Case Management Plan no later than 4:00 p.m. on Thursday, June 28, 2001. Given the fact that the Joint Discovery / Case Management Plan was due on Tuesday, June 26, 2001, the Parties are hereby admonished that the Court will

not tolerate further late filings.

Therefore, the Court **ORDERS** the Parties to correct the above deficiencies in an Amended Joint Discovery / Case Management Plan, and ensure that it complies with Local and Chamber Rules, no later than Monday, July 2, 2001 at 12:00 p.m.

DONE at Brownsville, Texas, this 29th day of June 2001.

_____
Hilda G. Tagle
United States District Judge