United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Manuel Barreda, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-35 |
| | § | |
| City of Brownsville, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on June 29, 2001, the Court **GRANTED** the Defendant's Motion for Rule 7(a) Reply [Dkt. No. 8] and **ORDERED** the Plaintiff to file a reply tailored to the Defendant William Dietrich's assertion of the affirmative defense of qualified immunity [Dkt. No. 5, ¶14] by 12:00 p.m. on Tuesday, July 17, 2001. See Reyes v. Sazan, 168 F.3d 158, 160-61 (5th Cir. 1999); Morrin v. Caire, 77 F.3d 116,121 (5th Cir. 1996); Todd v. Hawk, 72 F.3d 443, 446 (5th Cir. 1995); Schultea v. Wood, 47 F.3d 1427, 1436 n.1 (5th Cir. 1995) (concurring opinion of Judge Emilio Garza); Fed. R. Civ. P. 7. This deadline will be strictly enforced, and the reply will be stricken if it is not filed in a timely manner. Once a Rule 7(a) reply has been filed, it is considered part of the pleadings and the facts alleged therein may be considered in deciding the motion to dismiss [Dkt. No. 6].

DONE at Brownsville, Texas, this 29th day of June 2001.

Hilda G. Tagle
United States District Judge