17

United States District Court
Southern District of Texas
FILED

JUL 0 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-035 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE AND | § | |
| WILLIAM DIETRICH, INDIVIDUALLY | § | |
| AND IN HIS OFFICIAL CAPACITY | § | |
| Defendants. | § | |

## MOTION FOR LEAVE TO APPEAR

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW CITY OF BROWNSVILLE AND WILLIAM DIETRICH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, Defendants in the above entitled cause of action, and respectfully requests that this Court allow Eduardo Garza, to appear at the Initial Pre-Trial Conference before this Honorable Court for July 10, 2001, at 2:15 p.m. in place of Mark Sossi, attorney for the Defendants and as grounds therefore would show the following:

I.

Eduardo Garza is an associate of the law firm of Willette & Guerra, L.L.P.

II.

Defendants request permission for Eduardo Garza to appear for them in place of Mark Sossi for the limited purpose of this hearing. Mr. Garza is familiar with the facts of this case and is fully authorized to act in this matter. Mr. Sossi will be available to continue representation of Defendants subsequent to the conference currently scheduled for July 10, 2001.

WHEREFORE, PREMISES CONSIDERED, City of Brownsville and William Dietrich, Individually and in His Official Capacity Defendant, respectfully requests that this Court enter an Order allowing Eduardo Garza to appear in place of Mr. Mark Sossi for purposes of the Pre-Trial Conference on July 6, 2001.

Signed on this the 3rd day of July 6, 2001.

> Respectfully submitted,
>
> WILLETTE & GUERRA, L.L.P.
> International Plaza, Ste. 460
> 3505 Boca Chica Blvd.
> Brownsville, Texas 78521
> Telephone: (956) 541-1846
> Facsimile: (956) 541-1893
>
> By: _Mark Sossi w/p[er]_
> Mark Sossi
> State Bar No. 18855680
> USDC No. 10231
>
> Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I, hereby certify that on July 6, 2001, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Villegas Law Firm
Attn: Albert Villegas
1324 East Seventh Street
Brownsville, Texas 78520

_____
Mark Sossi

## CERTIFICATE OF CONFERENCE

      I hereby certify that we have conferred with attorney for plaintiff and he is unopposed to the filing of said Motion.

_____
Mark Sossi

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-035 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE AND | § | |
| WILLIAM DIETRICH, INDIVIDUALLY | § | |
| AND IN HIS OFFICIAL CAPACITY | § | |
|     Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR

On this the _____ day of _____, 2001, came on for consideration Defendants' Motion for Leave to Appear and it appearing to the Court that said Motion is well taken it is, therefore,

ORDERED that EDUARDO GARZA of the law firm of WILLETTE & GUERRA, L.L.P. be allowed to appear in place of Mark Sossi, attorney in charge, for Defendant, also of the law firm of Willette & Guerra, L.L.P. at the Pre-Trial Conference before this Court on July 10, 2001, at 2:15 p.m.

Signed for entry on this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE PRESIDING