IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA | * | |
| | * | |
| vs | * | C A NO. B 01 035 |
| | * | |
| CITY OF BROWNSVILLE AND | * | |
| WILLIAM DIETRICH, INDIVIDUALLY | * | |
| AND IN HIS OFFICIAL CAPACITY | * | |

## FIRST MOTION FOR LEAVE FOR EXTENSION OF TIME TO FILE RULE 7(a) REPLY

Comes Now Manuel Barreda, Petitioner herein and makes and files this his First Opposed Motion for Leave for Extension of Time to File Rule 7(a) Reply and for good cause would show the Court the following

I.

Petitioner wold show the Court that on the 2nd day of July the Court ordered Petitioner to file its 7(a) reply by July 17, 2001 Counsel for Petitioner is presently set for a wrongful death trial in Willacy County District Court, styled Salazar v. Buckner Trucking Company on July 16, 2001 Such trial setting was given months ago. Petitioner has not asked the Court for any prior extensions of time and would request a two week extension to file this reply. Such request is not sought solely for delay but due to the conflict set out above.

Wherefore, Petitioner prays that the Court grant the Motion and extend the deadline to respond an additional 14 days.

Respectfully Submitted,

VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
Federal ID no 3913
ATTORNEY FOR PETITIONER

## CERTIFICATE OF CONFERENCE

Petitioner has conferred with counsel of record, Eduardo Garza, who stated he was opposed to this motion.

_____
Albert Villegas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the following counsel of record on this the 10th day of July, 2001 via hand delivery and fax.

Eduardo Garza
Willette & Guerra
3505 Boca Chica Blvd
Brownsville Texas 78521

_____
ALBERT VILLEGAS