20

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2001

Michael N. Milby, Clerk of
By Deputy Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Manuel Barreda §
versus §
City of Brownsville, et. al §
§
§

CIVIL ACTION B- 01-035

## Scheduling Order

1. Trial: Estimated time to try: __4-5__ days.   ☐ Bench   ☑ Jury

2. New parties must be joined by: __1-30-02__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __1-30-02__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. __2-28-02__

5. Discovery must be completed by: __2-28-02__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by: __3/20/02__

7. Joint pretrial order is due: __6/13/02__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __6/27/02__

9. Jury Selection is set for 9:00 a.m. on: __7/1/02__

The case will remain on standby until tried.

Signed __July 17__, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

Counsel, please sign on the back.

*Scheduling Order--Page Two*

_Eduardo G Garza_  
Counsel for _Defendants_

_[signature]_  
Counsel for _Plaintiff_

_____  
Counsel for _____

_____  
Counsel for _____

_____  
Counsel for _____

_____  
Counsel for _____