*21*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL BARREDA | * |
| | * |
| vs | * C.A. NO.B 01 035 |
| | * |
| CITY OF BROWNSVILLE AND | * |
| WILLIAM DIETRICH, INDIVIDUALLY | * |
| AND IN HIS OFFICIAL CAPACITY | * |

## MOTION TO WITHDRAW
## AS COUNSEL OF RECORD FOR PETITIONER

Comes Now Albert Villegas, counsel for Petitioner herein and makes and files this his Motion to Withdraw as Counsel for good cause and would show the Court the following:

I.

Movant is the attorney of record for the Petitioner. Petitioner has been advised that the Court required a reply to Defendant's Motions. Petitioner was to have met with Movant on the 30th of July 2001 to finalize a reply and provide further information. Petitioner has failed to cooperate and show up for his appointment to assist his attorney. The petitioner was advised more than once that failure to cooperate in pursuing this claim would cause the attorney to withdraw as counsel. Petitioner and movant attorney have severe conflicts that prevent movant from continuing as attorney of record. Petitioner is aware of the filing of this Motion and has been seeking other legal counsel.

II

Movant would request the Court grant this Motion to Withdraw and provide the Petitioner an opportunity to retain other counsel who he will cooperate with. Petitioner was aware of the extension granted by this Court to file a 7a reply and the pending deadline.

Wherefore, Petitioner prays that the Court grant the Motion to Withdraw.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
Federal ID no 3903
ATTORNEY FOR PETITIONER

## CERTIFICATE OF CONFERENCE

Petitioner has attempted to confer on the 30th of July, 2001 at 2:45 pm, with counsel of record, Eduardo Garza, who was unavailable for conference and therefore this motion may be considered as opposed.

_____
Albert Villegas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the following counsel of record and Peitioner on this the 30th day of July, 2001 via regular mail and fax:

Eduardo Garza
Willette & Guerra
3505 Boca Chica Blvd.
Brownsville Texas 78521

Manuel Barreda
2844 Old Spanish Trail
Brownsville Texas 78520

_____
ALBERT VILLEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA | * | |
| | * | |
| vs | * | C.A. NO.B 01 035 |
| | * | |
| CITY OF BROWNSVILLE AND | * | |
| WILLIAM DIETRICH, INDIVIDUALLY | * | |
| AND IN HIS OFFICIAL CAPACITY | * | |

ORDER

BE IT REMEMBERED that on _____, the Court granted the Motion to Withdraw of Albert Villegas as attorney of record.

Done at Brownsville Texas this _____ day of July 2001.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE