22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Manuel Barreda, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-35 |
| City of Brownsville, et al., | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on August 23, 2001, the Court **DENIED** the Motion to Withdraw as Counsel of Record for Petitioner [Dkt. No. 21] and declared the Motion for Leave to Appear at the July 10, 2001 initial pre-trial conference as **MOOT** [Dkt. No. 17].

DONE at Brownsville, Texas, this 23rd day of August 2001.

_____
Hilda G. Tagle
United States District Judge