2 2

United States District Court
Southern District of Texas
FILED

SEP 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA | * | |
| | * | |
| vs | * | C.A. NO.B 01 035 |
| | * | |
| CITY OF BROWNSVILLE AND | * | |
| WILLIAM DIETRICH, INDIVIDUALLY | * | |
| AND IN HIS OFFICIAL CAPACITY | * | |

## MOTION FOR LEAVE TO FILE FIRST
## AMENDED MOTION TO WITHDRAW

Comes now Plaintiff who files this his Motion for Leave to file First Amended Motion to Withdraw and would respectfully show the court as follows:

I.

Plaintiff files this Motion for Leave to File First Amended Motion to Withdraw and would respectfully show the Court that Mr. Barreda and counsel have discussed the withdrawal of counsel and he agrees to such.

Wherefore Plaintiff prays the court grant this Motion for leave to file First Amended Motion to Withdraw and grant the motion of Mr. Villegas to withdraw and allow Mr. Barreda to represent himself.

Respectfully Submitted,

VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MANUEL BARREDA                              *
                                            *
vs                                          *                    C.A. NO.B 01 035
                                            *
CITY OF BROWNSVILLE AND                     *
WILLIAM DIETRICH, INDIVIDUALLY              *
AND IN HIS OFFICIAL CAPACITY                *

## ORDER

On this the _____ day of _____, 2001 came on to be heard the Motion for Leave

to file First Amended Motion to Withdraw of Albert Villegas and to allow Manuel Barreda to

represent himself in the above-entitled and numbered cause of action. The same having been heard

and found in all things to be meritorious, it is hereby;

ORDERED, ADJUDGED and DECREED that this Motion for Leave to File First Amended

Motion to Withdraw is granted.

SIGNED THIS _____ DAY OF _____, 2001.

_____
JUDGE PRESIDING