24

United States District Court
Southern District of Texas
FILED

SEP 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL BARREDA | * |
| | * |
| vs | * C.A. NO. B 01 035 |
| | * |
| CITY OF BROWNSVILLE AND | * |
| WILLIAM DIETRICH, INDIVIDUALLY | * |
| AND IN HIS OFFICIAL CAPACITY | * |

## FIRST AMENDED MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ALBERT VILLEGAS and would show unto this Honorable Court as follows:

I.

Albert Villegas is now listed as attorney in charge for the Plaintiff in the above-entitled and numbered cause of action. Manuel Barreda is the Plaintiff and wishes to proceed prO se and is now taking over the responsibility and handling of this cause, with the Court's permission.

WHEREFORE, PREMISES CONSIDERED, movant respectfully prays that the Court allow Albert Villegas to withdraw and for Mr. Barreda to represent himself, pro se as the Plaintiff and that his name be listed in the record for notification of all actions in this cause.

Respectfully Submitted,

_____
PRO SE
Manuel Barreda
2844 Old Spanish Trail
Brownsville, Texas 78520
956 982 1016

---

VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

On the 10th day of September, 2001, I placed a call to Mr. Sossi, attorney for the Defendants who advises me he is UNOPPOSED to this Motion For Leave to File First Amended Motion to Withdraw and First Amended Motion to Withdraw.

Albert Villegas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 13 day of September, 2001, by regular mail.

_____
ALBERT VILLEGAS

ClibPDF - www.fastio.com

## AFFIDAVIT

My name is Manuel Barreda. I am the plaintiff in the case filed against William Dietrich and City of Brownsville in the United States District Court. I state the following under oath. I have personal knowledge of the following.

I retained Albert Villegas to assist me in a claim against Mr. Dietrich and the city of Brownsville. I wish to release Albert Villegas and represent myself. Mr. Villegas and I have differences that we have been unable to reconcile. I request the Court allow Albert Villegas to withdraw as my attorney of record. I intend to represent myself at the present time. I agree to familiarize myself with the Local rules of this Court. I understand that I will be bound by the same standards as a licensed attorney. I understand that there are deadlines which must be met. I understand a response must be filed to pleadings the City of Brownsville has filed. I will present myself at all times that I am scheduled to appear and attempt to do my best not to waste the court's time. I understand that I cannot ask the Court nor the staff members of the Court for any legal advice or assistance in regards to this lawsuit.

This affidavit is attached to a Motion to Substitute Attorney, where I am asking this Court to substitute my name for that of Albert Villegas.

Signed this ___12___ day of September, 2001.

_____
Manuel Barreda

STATE OF TEXAS

COUNTY OF CAMERON

Before me, on this day personally appeared MANUEL BARREDA, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this ___12___ day of September, 2001.

_____
NOTARY PUBLIC

MARIBEL C. DE LA GARZA
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 30, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA | * | |
| | * | |
| vs | * | C.A. NO. B 01 035 |
| | * | |
| CITY OF BROWNSVILLE AND | * | |
| WILLIAM DIETRICH, INDIVIDUALLY | * | |
| AND IN HIS OFFICIAL CAPACITY | * | |

## ORDER

On this the ____ day of _____, 2001 came on to be heard the First Amended Motion to Withdraw of Albert Villegas and to allow Manuel Barreda to represent himself in the above-entitled and numbered cause of action. The same having been heard and found in all things to be meritorious, it is hereby;

ORDERED, ADJUDGED and DECREED that this Motion be granted as prayed for and that the name of Manuel Barreda is hereby allowed to represent himself as Plaintiff and Albert Villegas is allowed to withdraw.

SIGNED THIS ____ DAY OF _____, 2001.

_____
JUDGE PRESIDING