IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL BARREDA, § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| § | CIVIL ACTION NO. B-01-035 | |
| VS. § | (JURY REQUESTED) | |
| § | | |
| CITY OF BROWNSVILLE AND § | | |
| WILLIAM DIETRICH, INDIVIDUALLY § | | |
| AND IN HIS OFFICIAL CAPACITY § | | |
| Defendants. § | | |

## DEFENDANTS' MOTION FOR LEAVE TO APPEAR

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the City of Brownsville and William Dietrich, individually and in his official capacity, Defendants in the above entitled cause of action, and respectfully file this their Motion for Leave to Appear and as grounds therefore would show the following:

I.

Mark Sossi has left the law firm of Willette & Guerra, L.L.P. George C. Kraehe is a partner in the law firm of Willette & Guerra, L.L.P. Seth Moore is an associate in the law firm of Willette & Guerra, L.L.P.

II.

Defendants request permission for George C. Kraehe and Seth Moore to appear for them in place of Mark Sossi for all future hearings and the trial of this action. Both Mr. Kraehe and Mr. Moore are familiar with the facts of this case and are fully authorized to act in this matter.

Defendants ask that Mr. Kraehe be designated attorney-in-charge in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendants, the City of Brownsville and William Dietrich, individually and in his official capacity, respectfully request that this Court enter an Order allowing George C. Kraehe and Seth Moore to appear in place of Mark Sossi forthwith and for all future hearings and the trial of this action and that George C. Kraehe be designated attorney-in-charge for Defendants.

Signed on this the 7th day of November, 2001.

                                        Respectfully submitted,

                                        WILLETTE & GUERRA, L.L.P.
                                        International Plaza, Ste. 460
                                        3505 Boca Chica Blvd.
                                        Brownsville, Texas 78521
                                        Telephone: (956) 541-1846
                                        Facsimile: (956) 541-1893

                                        By: _____
                                             George C. Kraehe
                                             State Bar No. 00792631
                                             USDC No. 19355

                                        Seth Moore
                                        State Bar No. 24027522
                                        USDC No. 28488

                                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, hereby certify that on November 7th, 2001, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Mr. Albert Villegas
Law Office of Albert Villegas
1324 East Seventh Street
Brownsville, Texas 78520

_____
George C. Kraehe

## CERTIFICATE OF CONFERENCE

I hereby certify that we have conferred with attorney for plaintiff and he is unopposed to the filing of said Motion.

_____
George C. Kraehe