IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 13 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL BARREDA, § | |
| Plaintiff, § | |
| § | |
| § | |
| § | CIVIL ACTION NO. B-01-035 |
| VS. § | (JURY REQUESTED) |
| § | |
| CITY OF BROWNSVILLE AND § | |
| WILLIAM DIETRICH, INDIVIDUALLY § | |
| AND IN HIS OFFICIAL CAPACITY § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR

On this the 13th day of Nov., 2001, came on for consideration Defendants' Motion for Leave to Appear and it appearing to the Court that said Motion is well taken it is, therefore,

ORDERED that George C. Kraehe and Seth Moore of the law firm of WILLETTE & GUERRA, L.L.P. be allowed to appear in place of Mark Sossi, attorney in charge, for Defendant, forthwith and for all future hearings and the trial of this action and that George C. Kraehe is designated attorney-in-charge for Defendants.

Signed for entry on this 13th day of Nov., 2001.

_____
UNITED STATES DISTRICT JUDGE