IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL BARREDA, | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-01-035 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE AND | § | |
| WILLIAM DIETRICH, INDIVIDUALLY | § | |
| AND IN HIS OFFICIAL CAPACITY | § | |
| Defendants. | § | |

## DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **THE CITY OF BROWNSVILLE and WILLIAM DIETRICH, Individually and in his Official Capacity,** Defendants in the above-styled and numbered cause, and due to the fact that George Kraehe is a reserved officer Captain with the U.S. Army and has been called to active duty, Defendants hereby designate:

**Eduardo G Garza**
**USDC No. 20916**
**State Bar No. 00796609**
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (965) 541-1893

as attorney-in-charge on their behalf to have full control and management of its cause and to receive all further communications from the Court and other counsel relating to this cause.

Signed on December 19, 2001.

        Respectfully submitted,

        WILLETTE & GUERRA, L.L.P.
        International Plaza, Ste. 460
        3505 Boca Chica Blvd.
        Brownsville, Texas 78521
        Telephone: (956) 541-1846
        Facsimile: (956) 541-1893

By: _____
        EDUARDO G GARZA
        State Bar No. 00796609
        USDC No. 20916
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2001, a true and correct copy of the above and foregoing Designation of Attorney in Charge has been forwarded to all counsel of record via certified mail, return receipt requested, as noted hereunder.

    Mr. Albert Villegas
    Villegas Law Firm
    1324 East Seventh Street
    Brownsville, Texas 78520

        _____
        Eduardo G. Garza